REPORTER'S RECORD

TRIAL COURT CAUSE NO. 04-06-11756

COURT OF APPEALS NO. 14-14-00513-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 9:32:00 AM
CHRISTOPHER A. PRINE
Clerk

PEDRO REYES TREJO,      ) IN THE DISTRICT COURT
     Appellant       )
vs.                 ) WALLER COUNTY,
                  )
THE STATE OF TEXAS,   )
     Appellee       ) 506TH JUDICIAL DISTRICT

_____

**STATUS HEARING**

_____

On the 16th day of December, 2014, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable Albert M. McCaig, Judge Presiding, held in Hempstead, Waller County, Texas.

Proceedings reported by computerized stenotype machine.

**APPEARANCES**

FOR THE STATE:

Ms. Laurie Sellers
SBOT NO. 10143800
Waller County District Attorney's Office
645 12th Street
Hempstead, TX 77445-4445
Telephone: (979)826-7718
Fax: (979)826-7722

FOR THE APPELLANT:

Mr. Calvin Garvie
SBOT NO. 07714300
LAW OFFICE OF CALVIN GARVIE
P.O. Box 416
Bellville, TX 77418
Telephone: (979)865-5456

THE INTERPRETER:

Mr. James Rivera
(713)521-7373

Also Present:

Chief Deputy Joe Hester

# CHRONOLOGICAL INDEX

December 16th, 2014

Appearances.................................... 2

Proceedings.................................... 5

Adjournment................................. 4

Court Reporter's Certificate................. 5

## EXHIBITS

(None offered)

P R O C E E D I N G S

THE COURT: This is Cause Number 04-06-11756, the State of Texas vs. Pedro Reyes Trejo.

Mr. Trejo, Mr. James Rivera is going to assist in the interpretation of this particular matter, okay? Mr. Trejo, you had filed an appeal earlier based upon a ruling of this Court and the 14th Court of Appeals has abated or held your appeal and ordered me to hold a hearing and ordered you to be present at that hearing, and that's why we've brought you in today. Do you understand that, sir?

MR. TREJO: Yes.

THE COURT: And I am required to find out if you desire to continue with your appeal. So do you wish to continue with your appeal?

MR. TREJO: Yes.

THE COURT: Very well --

MS. SELLERS: And, Judge, I don't know if it needs to be more specific; but the appeal is as to the Defendant's original motion for second DNA testing and no other issues.

MR. RIVERA: He understands. He concurs with what Ms. Sellers said.

THE COURT: Very well.

And, sir, do you have the ability to

employ your own attorney?

MR. TREJO: No.

THE COURT: Very well. I'm going to appoint Mr. Calvin Garvie to handle the appeal, and I believe this will be called a Chapter 64 appeal.

MR. GARVIE: That is correct, Judge.

THE COURT: And those matters that are pertaining thereto. So the Court does specifically find that Mr. Trejo does wish to pursue his appeal. The Court does find specifically that Mr. Trejo is indigent, and the Court does find that Mr. Trejo is entitled to appointed counsel. The Court does find that a record of these hearings will be made, and the court reporter will be directed to file a record of these proceedings with the Court of Appeals no later than December 25th of 2014.

Very well. With that, do you have any questions?

MR. TREJO: No.

THE COURT: You will be held here a little bit longer.

Chief, do we know when we're taking him back? Today?

MR. HESTER: Today.

THE COURT: Very well. I would like to allow Mr. Garvie a little bit of time to talk to Mr.

Trejo before then.

MR. HESTER: No problem.

THE COURT: I will prepare the proper order and this will be provided to the 14th Court of Appeals along with the record that was made today and you will be allowed to pursue your appeal. Very well?

MR. TREJO: Thank you.

THE COURT: Thank you, Mr. Garvie. That concludes this hearing.

(Proceedings adjourned.)

THE STATE OF TEXAS            )

COUNTY OF WALLER              )

I, Margaret Raiford, Substitute Reporter in and for the 506th District Court of Waller County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested by counsel to be included in this volume of the Reporter's Record, in the above-entitled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, admitted by the respective parties.

I further certify that the total cost of the preparation of this Reporter's Record is $100.00 and will be paid by the County of Waller.

WITNESS MY OFFICIAL HAND on this the 26th day of December, 2014.


/s/ Margaret Raiford

Margaret Raiford, CSR 9192
Expiration Date; 12/31/16
Certified Shorthand Reporter
327 N. Knox
Giddings, TX 78942
(979)716-7122